## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Scott A. Gorman                                          CHAPTER 7
       Patti Jo Gorman
       fka Patti Jo Hennen                                      BKY. NO. 18-24691 CMB
                          <u>Debtors</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.


          Respectfully submitted,

          **/s/James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          412-430-3594
          jwarmbrodt@kmllawgroup.com