**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Scott A. Gorman**
**Patti Jo Gorman**
**fka Patti Jo Hennen**
   Debtor(s)

Bankruptcy Case No.: 18–24691–CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: April 3, 2019

                                          Carlota M. Bohm
                                          United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 18-24691-CMB
Scott A. Gorman                                                      Chapter 7
Patti Jo Gorman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin           Page 1 of 1           Date Rcvd: Apr 03, 2019
                          Form ID: 129          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
db/jdb         +Scott A. Gorman,   Patti Jo Gorman,   1459 Connellsville Road,   Lemont Furnace, PA 15456-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
              Charles O. Zebley, Jr.    on behalf of Joint Debtor Patti Jo Gorman COZ@Zeblaw.com,
               Lori@Zeblaw.com,Janet@Zeblaw.com
              Charles O. Zebley, Jr.    on behalf of Debtor Scott A. Gorman COZ@Zeblaw.com,   Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 5